Joshua D. Gruenberg, Esq. SB #163281
Daphne AM Delvaux, Esq. SB #292345
Pamela Vallero, Esq. SB#308301
GRUENBERG LAW
2155 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101-2013
TELEPHONE: (619) 230-1234
TELECOPIER: (619) 230-1074

Attorneys for Plaintiff,
**KATELYNNE CONSER**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATELYNNE CONSER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TUV SUD AMERICA, INC., a California Corporation; and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No. 3:17-CV-1575-MMA-AGS<br><br>**JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Removed from San Diego County Superior Court, Case 37-2017-00024107-CU-OE-CTL]<br>Judge: Hon. Michael M. Anello<br><br>Courtroom: 333 West Broadway, Suite 3195<br>Magistrate: Hon. Andrew G. Schopler<br><br>Trial Date: Not Set |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD

Please be advised that Plaintiff KATELYNNE CONSER and Defendants TUV SUD AMERICA (together the "Parties") have resolved this action in its entirety; the Parties further agree, each party shall bear its own attorneys' fees and costs, as there is no prevailing party.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby jointly request that the Court dismiss the aforementioned action in its entirety, with prejudice.

**SO STIPULATED.**

                                **GRUENBERG LAW**

Dated: January 15, 2019        By:   /s/ Daphne AM Delvaux
                                                  JOSHUA D. GRUENBERG
                                                  DAPHNE A.M. DELVAUX
                                                  PAMELA VALLERO
                                                  Attorneys for Plaintiff,
                                                  **KATELYNNE CONSER**

DATED: January 16, 2019       JACKSON LEWIS P.C.

                                  By:   _[signature]_
                                         Adrienne L. Conrad (SBN 318776)
                                         Michelle K. Meek (SBN 259993)
                                         Attorneys for Defendant
                                         TUV SUD AMERICA, INC.

GRUENBERG LAW
2155 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101-2013